UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN E. CORNELIUS and TARYN CORNELIUS,

      Plaintiffs,

 -against-

UNITED PARCEL SERVICE, INC., UPS, and DOE CORPORATION, INC. d/b/a UPS,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEMORANDUM DECISION
AND ORDER
11 Civ. 3206 (GBD)

GEORGE B. DANIELS, District Judge:

 The defendant's motion for leave to file an amended answer with counterclaims pursuant to Federal Rule of Civil Procedure 15(a) is DENIED.

 The defendant's motion for sanctions pursuant to Federal Rule of Civil Procedure 11 is also DENIED.

Dated: New York, New York
   October 5, 2011

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge